■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS SANCHEZ, Appellant. [671 NYS2d 297] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered March 23, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

The defendant's sentence is not excessive (*see, People v Suitte*, 90 AD2d 80). Miller, J. P., Sullivan, Pizzuto and Friedmann, JJ., concur.